# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:21-cv-00223-MR

| | |
|---|---|
| MICHAEL ALEXANDER O'SHIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DONALD BARTON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Michael Alexander O'Shields ("Plaintiff") is currently incarcerated at Transylvania County Jail in Brevard, North Carolina. He filed this action on August 11, 2021, pursuant to 42 U.S.C. § 1983, naming Donald Barton, identified as an attorney, as the sole Defendant. [Doc. 1]. On August 13, 2021, the Clerk sent Plaintiff a Notice of Deficiency advising the Plaintiff that he must either file an application to proceed without prepayment of fees or pay the filing fee. [Doc. 2]. The Clerk advised Plaintiff that he had 21 days to comply and that failure to comply may result in dismissal of this action without prejudice. [Id.].

As of this Order, Plaintiff has not complied with the Clerk's Order. The Court will, therefore, dismiss this action without prejudice.

## **ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is dismissed without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: September 20, 2021

Martin Reidinger
Chief United States District Judge